**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable Anthony W. Ishii
United States District Judge
Fresno, California

> **RE:    Armando GONZALEZ-MEDINA**
>         **Docket Number:   1:99CR05344-04**
>         **PERMISSION TO TRAVEL**
>         **OUTSIDE THE COUNTRY**

Your Honor:

The releasee is requesting permission to travel to Matzalan, Mexico.  He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**  On April 30, 2001, Armando Gonzalez-Medina was sentenced for the offense(s) of 21 USC 841(d)(2), 846 - Attempted Possession of a Listed Chemical Knowing that it Would be Used to Manufacture Methamphetamine.

**Sentence imposed:**  57 months BOP; 36 months TSR; $100 special assessment.

**Dates and Mode of Travel:**  Leaving June 14, 2006, and returning June 27, 2006. Traveling by personal vehicle, 2002 white Chevy Tahoe, license #4VZC152.

**Purpose:**  Traveling with wife, son, and his parents for family vacation.

Rev. 03/2005
TRAVELOC.MRG

**RE:   Armando GONZALEZ-MEDINA**
      **Docket Number:   1:99CR05344-04**
      **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully Submitted,

/s/ Thomas  A. Burgess

**THOMAS A. BURGESS**
**Senior United States Probation Officer**

**DATED:**      May 22, 2006
              Bakersfield, California
              TAB:dk

                        /s/ Rick C. Louviere
**REVIEWED BY:**    _____

                **RICK C. LOUVIERE**
                **Supervising  United States Probation Officer**

═══════════════════════════════════════════════════════════

**ORDER OF THE COURT:**

Approved _____✖_____          Disapproved _____

IT IS SO ORDERED.

**Dated:    May 23, 2006**          _____/s/ Anthony W. Ishii_____
0m8i78                              UNITED STATES DISTRICT JUDGE

Rev. 03/2005
TRAVELOC.MRG